DATE: 5/10/2011                                          AT: 4:54 p.m.
                                                         Time: 5 min.

BEFORE JUDGE JOSEPH F. BIANCO:

CIVIL CAUSE FOR TELEPHONE PRE MOTION CONFERENCE

DOCKET NUMBER: CV 10-6006

TITLE: In the Matter of the Complaint of Ivan Goodstein

APPEARANCES:

FOR PLAINTIFF(S): James Mercante

FOR DEFENDANT(S): Mitchell Aaron

FTR: 4:54-4:59

| X | CASE CALLED. |
| X | COUNSEL FOR ALL SIDES PRESENT. |
| ___ | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
| ___ | DISCOVERY TO BE COMPLETED BY _____ |
| ___ | PARTIES TO COMPLETE _____ BY THE NEXT CONFERENCE OR BY _____ |
| ___ | NEXT CONFERENCE SET FOR _____ |
| ___ | CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE _____ FOR _____ |
| ___ | MOTION TO BE FILED BY __//2011; RESPONSE BY __//2011; REPLY BY __//2011. |
| ___ | ORAL ARGUMENT SET FOR __//2011 at 11:00 a.m. |
| ___ | JURY SELECTION SET FOR _____ |
| ___ | TRIAL SET FOR _____ |
| X | OTHER Submit letter to the court by 5/20/11. |