# RUBIN, FIORELLA & FRIEDMAN LLP
ATTORNEYS AT LAW
292 Madison Avenue, 11th Floor
New York, New York    10017
Tel: (212) 953-2381 / Fax: (212) 953-2462

WRITER'S DIRECT DIAL:    (212) 447-4615
E-MAIL:    Mstern@rubinfiorella.com

**VIA ECF**

Hon. Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    In The Matter of The Complaint of Ivan Goodstein
            Our File No.:   431-16923
            Docket No.:    10-CV-6006 (JFB)(WDW)

Dear Judge Bianco:

      This firm represents the Petitioner in the referenced action.  We write to request a one week extension to respond to Claimant's Motion to Lift the Stay.  We have advised counsel that we are not opposing the Motion, however, we seek additional time to address the contents of the Stipulation submitted with the Motion.  Counsel for Claimant has consented to our request.

                                          Respectfully submitted,

                                          *Michael E. Stern/s/*